Sean A. O'Brien, Bar No. 133154
Marisa J. Ippolito, Bar No. 222282
E-Mail: sao@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
Viable Marketing Corp. dba View Marketing,
Chad Elie and Specially Appearing Defendant
DJ Kilgore

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bloosky Interactive, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>Viable Marketing Corp dba View Marketing, a Florida Corporation; Chad Elie, and individual; DJ Kilgore, an individual; and DOES 1 through 10 inclusive<br><br>Defendants. | CASE NO. SACV10-00400 AG (MLGx)<br><br>**DECLARATION RE:**<br><br>**(1) SERVICE OF NOTICE OF REMOVAL UPON PLAINTIFF**<br><br>**(2) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN ORANGE COUNTY SUPERIOR COURT**<br><br>**(3) FILING OF PROOFS OF SERVICE** |

I, Sean A. O'Brien, Esq. hereby declare and state as follows:

1. I am an attorney duly licensed before this court and all of the courts of the State of California and am an attorney with the law firm of Payne & Fears, LLP, counsel of record for defendants Viable Marketing Corp. dba View Marketing, Chad Elie and specially appearing DJ Kilgore (hereinafter "Defendants"). I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify.

2. On April 2, 2010, I caused Defendants' Petition and Notice of Removal of Civil Action under 28 U.S.C. §§ 1332 and 1441(b) (the "Notice of Removal") to be filed in this Court.

3. On April 2, 2010, I caused the Declaration of Sean A. O'Brien in Support of Petition and Notice of Removal of Civil Action to be filed in this Court.

4. On April 5, 2010, after filing the Notice of Removal in this Court, I caused Defendants' Notice to Clerk of the Orange County Superior Court of Removal of Civil Action to United States District Court for the Central District of California (the "Notice to Clerk") to be filed in the Orange County Superior Court, where this action had been pending. A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Clerk. A true and correct copy of the Notice to Clerk, file-stamped by the Orange County Superior Court, is attached as Exhibit "A" hereto.

5. On April 5, 2010, after filing the Notice of Removal with this Court, I subsequently caused the Notice to Plaintiff Bloosky Interactive, LLC of Removal of Civil Action to United States District Court for the Central District of

California (the "Notice to Plaintiff") to be served upon Plaintiff's counsel. A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Plaintiff. A true and correct copy of the Notice to Plaintiff is attached as Exhibit "B" hereto.

6. Attached hereto as Exhibit "C" is a Proof of Service of the Notice of Removal upon Plaintiffs.

7. Attached hereto as Exhibit "D" is a Proof of Service of the Notice to Clerk upon Plaintiff.

8. Attached hereto as Exhibit "E" is a Proof of Service of the Notice to Plaintiff upon Plaintiff.

Executed this 5th day of April, 2010, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            SEAN A. O'BRIEN, ESQ.

4843-7453-9525.1