LATHROP & GAGE LLP
Lincoln D. Bandlow (SBN 170449)
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601
lbandlow@lathropgage.com

Attorneys for BLOOSKY INTERACTIVE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOOSKY INTERACTIVE, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br>vs.<br>VIABLE MARKETING CORP., d/b/a View Marketing, a Florida corporation, *et al.*<br><br>            Defendants. | Case No. 8:10-cv-00400-AG -MLG<br><br>**JOINT STIPULATION DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and counterclaim defendant BLOOSKY INTERACTIVE, LLC, and defendants and counterclaim plaintiff VIABLE MARKETING CORP., CHAD ELIE and specially appearing defendant D.J. KILGORE, by and through their undersigned attorneys, hereby stipulate that the Complaint and Counterclaims in this action be dismissed, <u>with prejudice</u>, with each side to bear its own costs and attorneys' fees.

Dated:    September 16, 2010         LATHROP & GAGE LLP


                                     By: /s/ Lincoln D. Bandlow
                                          Lincoln D. Bandlow
                                     Attorneys for BLOOSKY INTERACTIVE LLC

| | | |
|---|---|---|
| Dated: | September 16, 2010 | PAYNE & FEARS LLP |

By: /s/ Sean A. O'Brien
      Sean A. O'Brien

Attorneys for VIABLE MARKETING CORP., CHAD ELIE and D.J. KILGORE

| | | |
|---|---|---|
| Dated: | September 16, 2010 | IFRAH PLLC |

By: /s/ A. Jeff Ifrah
      A. Jeff Ifrah

Attorneys for VIABLE MARKETING CORP.